## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Isadore Stewart and Paulette Stewart,                    Civil No. 12-1873 (RHK/AJB)

                Plaintiffs,                                        **ORDER**

v.

TCF National Bank, William Cooper, Rosey
Dickey, Monica Lash, and Brad Erickson,

                Defendants.

---

Based upon the November 6, 2012, Report and Recommendation of United States Chief Magistrate Judge Arthur J. Boylan, and all the files, records, and proceedings herein, and no objections having been filed to said Report and Recommendation, **IT IS ORDERED**:

1.  The Report and Recommendation (Doc. No. 36) is **ADOPTED**;

2.  Plaintiffs' Motion for Summary Judgment (Doc. No. 2) is **DENIED**;

3.  Defendants TCF National Bank, William Cooper, Rosey Dickey, and Monica Lash's Motion to Dismiss (Doc. No. 10) is **GRANTED**;

4.  Defendant Brad Erickson's Motion to Dismiss (Doc. No. 17) is **GRANTED**; and

5.  The Complaint (Doc. No. 1) is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  December 3, 2012                    s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge